# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TOMMY D. HALL                                                                                        PETITIONER
ADC #105963

v.                                    NO. 5:13CV00339 JLH-JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                   RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

1. Respondent's motion to dismiss is GRANTED (Document #6);

2. The petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed, without prejudice, so that petitioner may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition; and

3. A certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED this 31st day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE