IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY D. HALL                                                                                          PETITIONER
ADC #105963

v.                                         NO. 5:13CV00339 JLH-JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 31st day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE